# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | 1:20-MJ-00856-AWA |
| | § | |
| **PEDRO SOLIS-PASCUAL** | § | |

## O R D E R

Before the Court is the Government's Motion for Leave of Court to Dismiss Complaint, filed January 26, 2021 (Dkt. 14). The Court finds the Motion to be meritorious.

Accordingly, it is **ORDERED** that the Government's Motion for Leave of Court to Dismiss Complaint (Dkt. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Pedro Solis-Pascual, is hereby **DISMISSED** without prejudice.

**SIGNED** on January 26, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE